# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ARTURO DEVESA VILLANUEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.  5:14-cv-04976-HRL<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |

Plaintiff filed this action on November 10, 2014.  There is no indication that any of the defendants have been served, and there has been little activity on the docket since the complaint was filed.  Plaintiff's counsel, who apparently is a Washington state attorney, has not applied for pro hac vice admission before this court.  Additionally, plaintiff failed to comply with this court's June 28, 2016 order to file a status report.  Accordingly, **no later than July 15, 2016**, plaintiff shall file a response to this order and show cause why this case should not be dismissed for failure to prosecute and to follow court orders.

SO ORDERED.

Dated:   July 5, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:14-cv-04976-HRL Notice has been electronically mailed to:

Carllene Marva Placide     placide@placidelaw.com