UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARTURO DEVESA VILLANUEVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No.  5:14-cv-04976-EJD<br><br>**ORDER TO SHOW CAUSE** |

On July 19, 2016, the above-entitled action was reassigned to the undersigned along with a report from Magistrate Judge Howard R. Lloyd recommending that this case be dismissed for failure to prosecute and failure to comply with court orders.  Dkt. No. 12.  On that same date, Plaintiff's attorney, Carllene M. Placide, filed a document entitled "Notice of Voluntary Dismissal."  Dkt. No. 14.  In the caption of that document, attorney Placide indicates she is admitted in Washington and has been admitted to this district pro hac vice.  Further down the same document, however, attorney Placide suggests under her signature that an application for pro hac vice admission is pending.  But despite these representations, the court is unable to confirm through its records that attorney Placide has been admitted to this district pro hac vice pursuant to Civil Local Rule 11-3, and is similarly unable to locate a pending application for admission on behalf of attorney Placide.  Thus, it appears that attorney Placide is not a member of the bar of this court as defined by Civil Local Rule 11-1, and has engaged in unauthorized practice in this district.

Accordingly, the court hereby issues an order to show cause (1) why any and all appropriate sanctions should not be imposed on attorney Placide for unauthorized practice

pursuant to Civil Local Rule 11-8, and (2) why the Notice of Voluntary Dismissal filed on July 19, 2016, should not be stricken because of attorney Placide's unauthorized practice.  If attorney Placide does not, by **July 25, 2016,** file or cause to be filed adequate proof confirming attorney Placide's pro hac vice admission or pending admission, the court will determine an appropriate sanction under Civil Local Rule 11-8 and will order the Notice of Voluntary Dismissal stricken.

No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  July 20, 2016



EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-04976-EJD
ORDER TO SHOW CAUSE

2